

**Bobby Jindal**
GOVERNOR

**Bruce D. Greenstein**
SECRETARY

# State of Louisiana

Department of Health and Hospitals
Bureau of Legal Services

Writer's e-mail: nancy.grush@la.gov

Writer's direct phone: (225) 342-9937
fax: (225) 342-3805

March 13, 2013

Ms. Rebekah R. Huggins
The Glenn Armentor Law Corp.
300 Stewart St.
Lafayette, LA 70501

  Re: Michael Benoit
     DHH File No. 84679

Dear Ms. Huggins:

  This letter confirms our agreement that you will see that a Special Needs Trust is created for Mr. Benoit and the net proceeds will be distributed between the trust and the Medicare Set Aside. No funds from the net proceeds will be disbursed to Mr. Benoit. In exchange, Medicaid will waive its lien.

  With kindest regards, I remain

              Very truly yours,

              Nancy C. Grush
              Staff Attorney
              Bureau of Legal Services

Bienville Building • 628 N. 4th Street • P.O. Box 3836 • Baton Rouge, Louisiana 70821-3836
Phone #: 225/342-1128 • Fax #: 225/342-2232 • WWW.DHH.LA.GOV
"An Equal Opportunity Employer"